**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>DAVID L. PERRY JR.<br><br>Debtor | Chapter 13<br><br>Case No. 14-11517-RGM |

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
David L. Perry Jr., Case #14-11517-RGM

***Attend the hearing to be held on March 11, 2015 at 9:30 a.m., in Courtroom 1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

    Thomas P. Gorman
    300 North Washington Street, Ste.400
    Alexandria, VA 22314

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _February 13, 2015_____          __/s/ Thomas P. Gorman_____
                                                   Thomas P. Gorman
                                                   Chapter 13 Trustee
                                                   300 N. Washington Street, #400
                                                   Alexandria, VA 22314
                                                   (703) 836-2226
                                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of February, 2015, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| David L. Perry Jr. | Nathan Dee Baney |
| Chapter 13 Debtor | Attorney for Debtor |
| 4042 Towhee Ct. | Surovell,isaacs & Peterson & Levy |
| Woodbridge, VA 22193 | 4010 University Ave., 2nd Floor |
| | Fairfax, VA 22030 |

                                                   __/s/ Thomas P. Gorman_____
                                                   Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 02/13/2015

CASE NO: 14-11517-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-0192
PERRY JR., DAVID L.
AKA:
4042 TOWHEE CT.
WOODBRIDGE, VA 22193

DATE FILED: 04/23/2014
CONFIRMED: 07/23/2014
LATEST 341: 05/20/2014
PERCENTAGE:     6.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 05/2014
ON SCHEDULE:      13,400.00
ACTUAL PAYMENTS:  11,200.00
AMOUNT BEHIND:     2,200.00

ATTORNEY: NATHAN DEE BANEY
SUROVELL, ISAACS & PETERSON & LEVY
4010 UNIVERSITY AVE., 2ND FLOOR
FAIRFAX, VA 22030
Phone: 703 277-9768 Fax: -

Needed to Complete Base:
BASE:     125,900.00
          114,700.00

SCHEDULE:    1,500.00 MONTHLY
TOTAL PAID:     11,200.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 02/04/15 | POLESTAR TECHNOL | 1,400.00 |
| 01/07/15 | POLESTAR TECHNOL | 1,400.00 |
| 11/14/14 | POLESTAR TECHNOL | 1,400.00 |
| 09/30/14 | POLESTAR TECHNOL | 1,400.00 |
| 09/03/14 | POLESTAR TECHNOL | 1,400.00 |
| 07/29/14 | POLESTAR TECHNOL | 1,400.00 |
| 06/25/14 | POLESTAR TECHNOL | 1,400.00 |
| 05/28/14 | POLESTAR TECHNOL | 1,400.00 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 008 | 330021 | DONNA E PERRY | PRO | PRI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS / 6.00 | | 0.00 / 0.00 | 29,388.71 / 0.00 | 29,388.71 / 1,763.32 | 0.00 / 0.00 | 1,763.32 / 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO / 01/2015 | PRI / 100.00 | | 0.00 / 0.00 | 97,386.18 / 97,386.18 | 97,386.18 / 97,386.18 | 4,781.79 / 0.00 | 92,604.39 / 0.00 |
| 002 | 266112 | COUNTY OF PRINCE WILLIAM / Split Claim | PRO-I / 10/2014 | SEC / 100.00 | | 0.00 / 0.00 | 2,346.29 / 0.00 | 59.04 / 59.04 | 59.04 / 0.00 | Closed |
| 002 | 266112 | COUNTY OF PRINCE WILLIAM | PRO / 01/2015 | PRI / 100.00 | | 0.00 / 0.00 | 2,883.25 / 171.96 | 536.96 / 536.96 | 26.54 / 0.00 | 510.42 / 0.00 |
| 003 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO / 01/2015 | PRI / 100.00 | | 0.00 / 0.00 | 10,206.23 / 5,400.00 | 10,206.23 / 10,206.23 | 504.19 / 0.00 | 9,702.04 / 0.00 |
| 003 | VATAX | VIRGINIA DEPT. OF TAXATION / Split Claim | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 44,118.65 / 2,647.12 | 0.00 / 0.00 | 2,647.12 / 0.00 |
| 004 | 330020 | CARDINAL RIDGE HOMEOWNER ASSOC / ** NO CLAIM FILED** | FIX-A | SEC / 100.00 | | 585.23 / 585.22 | 1,170.45 / 1,170.45 | 1,170.45 / 1,170.45 | 0.00 / 0.00 | 1,170.45 / 0.00 |
| 005 | 321137 | GREEN TREE SERVICING LLC / ALLOW??? | FIX-A | SEC / 100.00 | | 9.01 / 81.09 | 540.80 / 0.00 | 540.80 / 540.80 | 0.00 / 0.00 | 540.80 / 0.00 |
| 006 | 338954 | TD BANK NA / ALLOW??? | FIX-A | SEC / 100.00 | | 60.00 / 0.00 | 60.00 / 0.00 | 60.00 / 60.00 | 0.00 / 0.00 | 60.00 / 0.00 |
| 007 | 336635 | WELLS FARGO BANK / ALLOW ARREARS>?? | FIX-A | SEC / 100.00 | | 223.53 / 223.52 | 447.05 / 0.00 | 447.05 / 447.05 | 0.00 / 0.00 | 447.05 / 0.00 |
| 009 | 306437 | AFNI | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 169.06 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 010 | 331419 | AMERICAN SLEEP MEDICINE | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 700.24 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 011 | 316879 | ASSET ACCEPTANCE LLC ASSIGNEE BA | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 1,347.56 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 012 | 316124 | BANK OF AMERICA | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 436.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 013 | 303939 | CAPITAL MANAGEMENT SVCS INC | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 014 | 268236 | CAPITAL ONE | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 8,436.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 015 | 321368 | CREDIT PROTECTION ASSOCIATION | PRO | UNS / 6.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                                                                 RptDvr 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 02/13/2015

CASE NO: 14-11517-RGM
STATUS:  BASE PLAN

DEBTOR:  XXX-XX-0192
PERRY JR., DAVID L.                                                                                     SCHEDULE:    1,500.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 016 | 330022 | EDWARD A SAUNDERS | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 733.52 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 017 | 307443 | FORD MOTOR CREDIT CO. | PRO | UNS 6.00 | | 0.00 0.00 | 13,542.55 8,210.25 | 13,542.55 812.55 | 0.00 0.00 | 812.55 0.00 |
| 018 | 330023 | GEMB/LOWES | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 4,100.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | 283845 | ASSET ACCEPTANCE, LLC / HSBC BANK NEVADA KAWASAKI | PRO | UNS 6.00 | | 0.00 0.00 | 13,920.91 12,080.62 | 13,920.91 835.25 | 0.00 0.00 | 835.25 0.00 |
| 020 | LVNV | LVNV FUNDING LLC. / GENERAL ELECTRIC CAPITAL | PRO | UNS 6.00 | | 0.00 0.00 | 4,898.59 4,898.00 | 4,898.59 293.92 | 0.00 0.00 | 293.92 0.00 |
| 021 | 330677 | NAR INC | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 022 | 313845 | DOMINION MIDDLE RIDGE | PRO | UNS 6.00 | | 0.00 0.00 | 62.30 62.30 | 62.30 3.74 | 0.00 0.00 | 3.74 0.00 |
| 023 | 330382 | NAVY FEDERAL CREDIT UNION | PRO | UNS 6.00 | | 0.00 0.00 | 19,423.32 21,672.57 | 19,423.32 1,165.40 | 0.00 0.00 | 1,165.40 0.00 |
| 024 | 330382 | NAVY FEDERAL CREDIT UNION | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 303.85 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 025 | 330027 | PSYCHOLOGICAL AND LIFE SKILLS | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 026 | 332851 | PROFESSNL ACCT MGMT IN | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 100.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 027 | 323583 | JEFFERSON CAPITAL SYSTEMS LLC / WACHOVIA BANK | PRO | UNS 6.00 | | 0.00 0.00 | 1,141.46 0.00 | 1,141.46 68.49 | 0.00 0.00 | 68.49 0.00 |
| 028 | 338677 | RMS | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 029 | 330028 | ROEDER, COCHRAN &HAIGHT PLLC | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 030 | 326616 | SENTARA COLLECTIONS | PRO | UNS 6.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 799 | BANEY | NATHAN DEE BANEY | PRO 07/2014 | ATY 100.00 | | 0.00 0.00 | 2,281.00 3,000.00 | 2,281.00 2,281.00 | 2,281.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 454.45 | 454.45 | |
| | | | | TOTALS: | | 877.77 889.83 | 197,352.80 170,378.56 | 239,579.61 120,672.91 | 8,107.01 0.00 | 112,624.94 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,000.00 | 102,958.14 | 1,170.45 | 63,249.97 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 2,281.00 | 108,129.37 | 2,218.30 | 7,589.79 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 2,281.00 | 5,312.52 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 102,816.85 | 2,218.30 | 7,589.79 | 0.00 | DUE CREDITORS: | 112,624.94 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 6,252.35 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 3,092.99 |
| BALANCE DUE: | 0.00 | 0.00 | 102,816.85 | 2,218.30 | 7,589.79 | 0.00 | APPROX BALANCE: | 115,784.30 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                                                                     RptDvr 10.5